UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHEVRON ORONITE COMPANY LLC,** successor-in-interest to **CHEVRON CHEMICAL COMPANY** | * * * * | **CIVIL ACTION NO. 2:18-cv-2279** |
| **Plaintiff,** | * * | |
| **VERSUS** | * * | **JUDGE LANCE M. AFRICK** |
| **JACOBS FIELD SERVICES NORTH AMERICA, INC.,** successor-in-interest to **J.E. MERIT CONSTRUCTORS, INC.** | * * * * | **MAGISTRATE KAREN WELLS ROBY** |
| **Defendant.** | * * | |

**********************************************

# **O R D E R**

Considering the foregoing Motion;

IT IS HEREBY ORDERED that JACOBS FIELD SERVICES NORTH AMERICA, INC. be, and the same is hereby, permitted to file its Reply Memorandum in Support of its Motion to Compel (Record Document No. 24).

New Orleans, Louisiana, this ___14th___ day of ___August___, 2018.

_____
**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**